**Opinion issued March 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00067-CR

———————————

**KIERAN DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1377948

**MEMORANDUM OPINION**

Pro se appellant, Kieran Davis, has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

## PER CURIAM

Panel consists of Justices Keyes, Bland and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).